UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB ANDREW JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL JENNINGS, *et al.*,<br><br>Defendants. | CASE NO. 3:22-cv-05394-RAJ-JRC<br><br>ORDER DENYING MOTIONS TO COMPEL DISCOVERY |

This matter is before the Court on referral from the District Court and on plaintiff's motions to compel discovery. Dkts. 34, 38. Plaintiff's motions to compel are denied because plaintiff has not served defendants with any discovery requests prior to filing his motions and the motions do not include a certificate that plaintiff has in good faith conferred or attempted to confer with counsel for defendants. *See* Dkts. 34, 38.

While a party may apply to the Court for an order compelling discovery, Federal Rule of Civil Procedure 37 and Local Civil Rule 37(a)(1) require the movant to first meet and confer with the party failing to make disclosure or discovery in an effort to resolve the dispute without

court action. In addition, when filing a motion to compel, the movant must include a certification, in the motion or in a declaration or affidavit, that the movant has in good faith conferred or attempted to confer with the party failing to make disclosure or discovery in an effort to resolve the dispute without court action. *See* LCR 37(a)(1). The certification must list the date, manner, and participants to the conference. *Id*. If the movant fails to include such a certification, the Court may deny the motion without addressing the merits of the dispute. *Id*.

Here, plaintiff requests that the Court order defendants to respond to his discovery requests. Dkts. 34, 38. In response to plaintiff's motions, counsel for defendants note that the parties are currently in a period of discovery and, thus, plaintiff is free to submit discovery requests to defendants in the ordinary course of litigation. Dkt. 37 at 1; Dkt. 42 at 1 (citing Fed. R. Civ. P. 26–37). Further, counsel for defendants assert that plaintiff has not made any efforts to contact defendants regarding his discovery requests and that the parties have not met and conferred. Dkt. 37 at 2; Dkt. 42 at 2. Plaintiff has failed to meet his requirements under the local court rule by not conferring with defendants' counsel by telephone or providing a certification of compliance with this rule. Therefore, the Court denies plaintiff's motions to compel (Dkts. 34, 38).

Dated this 10th day of April, 2023.

J. Richard Creatura
United States Magistrate Judge