UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB ANDREW JOHNSTON,

    Plaintiff,

 v.

CRYSTAL JENNINGS, *et al.*,

    Defendants.

CASE NO. 3:22-cv-05394-RAJ-GJL

ORDER DIRECTING SERVICE OF AMENDED COMPLAINT

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding with this action *pro se* and *in forma pauperis*. Plaintiff is currently incarcerated at the **Washington State Penitentiary** and is subject to the Court's Prisoner E-Filing Initiative pursuant to General Order 06-16. Plaintiff has filed an Amended Complaint (Dkt. 57-1) and, in a separate Order, this Court has granted Plaintiff leave to amend and directed that the Amended Complaint be docketed as the operative complaint in this matter. The Amended Complaint adds several Defendants who have not previously been served in this matter. The Court therefore **ORDERS** as follows:

 (1) <u>Service by Clerk</u>

The Clerk is directed to send the following to newly added Defendants **CUS French, Peterson, Miller, Sgt. Barcelona, Sgt. Fick, MHP Buckingham and R.N. Rose** (the "Newly

ORDER DIRECTING SERVICE OF AMENDED COMPLAINT - 1

Added Defendants") by e- mail: a copy of the Amended Complaint (Dkt. 57-1), a copy of this Order, a copy of the notice of lawsuit and request for waiver of service of summons, and a waiver of service of summons.

(2)     Response Required

The Newly Added Defendant(s) shall have **thirty (30) days** within which to return the enclosed waiver of service of summons.  A defendant who timely returns the signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

(3)     John Doe and Jane Doe Defendants

Plaintiff has also named two "John Does" as defendants. Dkt. 57-1 at 5. Plaintiff is cautioned that the use of "John Doe" to identify a defendant is not favored. *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980). Although a plaintiff may be given an opportunity after filing a lawsuit to discover the identity of unknown defendants through discovery, the use of Doe defendants is problematic because those persons cannot be served with process until they are identified by their real names. If plaintiff does not provide the names of the defendants identified as Jane/John Doe so that they can be served within 90 days of this order, they may be subject to dismissal. Fed. R. Civ. P. 4(m).

(4)     Correction of Docket

The docket lists a Defendant "Dean Mason," who is not listed as a Defendant in the Amended Complaint and who has not entered a waiver of service or notice of appearance.

Because the Amended Complaint serves as a complete substitute for the original complaint, the Clerk is directed to terminate Dean Mason as a Defendant.

Moreover, some existing Defendants who have filed waivers of service have corrected the spelling of their names. The Clerk is directed to make corresponding changes to the docket as follows:

- Change Defendant "Jessica Hurrara" to "Jessica Herrera;"
- Change Defendant "Sgt. Michpherson" to "Sgt. Patrick McPherson."

(5)    Filing and Service by Parties, Generally

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF. Plaintiff shall file all documents electronically. All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed.

Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter. Plaintiffs subject to the Court's E-Filing Initiative shall indicate the date the document is submitted for e-filing as the date of service.

(6)    Non-State Defendants

As a registered user of the Court's electronic filing system, you must accept electronic service of all court filings (**except** original service of a complaint) by prisoner litigants housed at facilities actively engaged in the Prisoner E-Filing Initiative. Prisoner litigants incarcerated at facilities actively engaged in the Prisoner E-Filing Initiative are no longer required to serve their court filings on the Court or defendants by mail. Service by mail of your court filings to prison

ORDER DIRECTING SERVICE OF AMENDED COMPLAINT - 3

litigants housed in facilities actively engaged in the Prisoner E-Filing Initiative is also no longer required.

(7) <u>Motions, Generally</u>

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar.

Stipulated and agreed motions, motions to file over-length motions or briefs, motions for reconsideration, joint submissions pursuant to the option procedure established in LCR 37(a)(2), motions for default, requests for the clerk to enter default judgment, and motions for the court to enter default judgment where the opposing party has not appeared shall be noted for consideration on the day they are filed. *See* LCR 7(d)(1). All other non-dispositive motions shall be noted for consideration no earlier than the third Friday following filing and service of the motion. *See* LCR 7(d)(3). All dispositive motions shall be noted for consideration no earlier than the fourth Friday following filing and service of the motion. *Id*.

For electronic filers, all briefs and affidavits in opposition to either a dispositive or non-dispositive motion shall be filed and served not later than 11:59 p.m. on the Monday immediately preceding the date designated for consideration of the motion.

The party making the motion may electronically file and serve not later than 11:59 p.m. on the date designated for consideration of the motion, a reply to the opposing party's briefs and affidavits.

ORDER DIRECTING SERVICE OF AMENDED COMPLAINT - 4

Defendants who fail to file and serve the required *Rand* notice on plaintiff may have their motion stricken from the Court's calendar with leave to re-file.

(9)     Direct Communications with District Judge or Magistrate Judge

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

(10)    The Clerk is directed to send copies of this Order, and of the Court's *pro se* instruction sheet to plaintiff. The Clerk is further directed to send a copy of this Order and a courtesy copy of the complaint to the Washington State Attorney General's Office by e-mail.

Dated this 13th day of June, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER DIRECTING SERVICE OF AMENDED COMPLAINT - 6