UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB ANDREW JOHNSTON,<br><br>            Plaintiff,<br><br>  v.<br><br>CRYSTAL JENNINGS, *et al.*,<br><br>            Defendants. | CASE NO. 3:22-cv-05394-RAJ-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion for voluntary dismissal (Dkt. 65) is **GRANTED**. This matter is **DISMISSED** without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

DATED this 7th day of July, 2023.

                                          */s/ Richard A. Jones*
                                        HON. RICHARD A. JONES
                                        United States District Judge